**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br>JUSTINE KLENE,<br><br>           Defendant, | Case No.: 2:25-cr-00330-RFB-EJY<br><br>**ORDER TO CONTINUE INITAIL APPEARANCE** |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is not in custody and does not object to the continuance.

2. Mr. Leventhal has spoken to Ms. Brewer Assistant United States Attorney and
      both parties agree to the continuance.

4. The requested time is not for purposes of delay.

**CONCLUSIONS OF LAW**

3

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the Initial Appearance currently scheduled for November 25, 2025 at the hour of 1:30 p.m., is vacated and continued to December 2, 2025 at the hour of 1:00 p.m. in Courtroom 3A before Magistrate Judge Couvillier.

BY: _____
THE HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge
Dated : November 21, 2025.